IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE / DEXFENFLURAMINE PRODUCTS LIABILITY LITIGATION) : : : | MDL DOCKET NO. 1203 |

THIS ORDER RELATES TO THE
MCKENZIE, TAYLOR & ZARZAUR, P.A.
CASES LISTED ON EXHIBIT A

### PRETRIAL ORDER NO. _____

AND NOW TO WIT: This _____ day of _____ 2006 it having been advised that all claims between all the parties in the cases listed on Exhibit A have been settled, and upon Order of the Court pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby:

ORDERED that, pursuant to agreement of counsel, the actions listed on Exhibit A, including any and all claims, counterclaims, cross-claims and third party claims therein are DISMISSED with prejudice and without costs as to all parties.

MICHAEL E. KUNZ, Clerk of Court

BY:  s/Ronald Vance
Ronald Vance
Deputy Clerk

**EXHIBIT A**
McKenzie, Taylor and Zarzaur MDL Plaintiffs
Individually Filed Cases
3/3/2006

| # | Claimant Name | MDL # | Transferor Court |
|---|---|---|---|
| 1 | Bartlett, Linda L. | 04-20386 | FLN |
| 2 | Richbourg, Elaine | 04-20410 | FLN |
| 3 | Ramsey , Bernard W. - Spouse | 04-20411 | FLN |
| 4 | Ramsey, Maxine R. | 04-20411 | FLN |
| 5 | Roberts, Jacqueline A. | 04-20574 | FLN |
| 6 | Ray , Thomas B. - Spouse | 04-20575 | FLN |
| 7 | Ray, Margaret M. | 04-20575 | FLN |
| 8 | Jacobs, Barbara L. | 04-20576 | FLN |
| 9 | Avery, Martha | 04-20592 | FLN |
| 10 | Holweger, Nancy L. | 04-20616 | FLN |
| 11 | Tucker , Terry L. - Spouse | 04-20739 | FLN |
| 12 | Tucker, Peggy J. | 04-20739 | FLN |
| 13 | Brannon, Melanie | 04-22125 | ALM |
| 14 | Worthy, Lisa | 04-22126 | ALM |
| 15 | Montgomery, Kimberly I. | 04-22930 | FLN |
| 16 | Deschler , Hans P. - Spouse | 04-22931 | FLN |
| 17 | Deschler, Patti O. | 04-22931 | FLN |
| 18 | Key, Towanda | 04-22948 | ALM |
| 19 | Cooper, Elnora | 04-22955 | FLM |
| 20 | Moore , Bryan C - Spouse | 04-22956 | FLN |
| 21 | Moore, Rebecca L. | 04-22956 | FLN |
| 22 | Arnold, Patricia | 04-22958 | FLM |
| 23 | Menafee, Stacy | 04-26165 | ALM |
| 24 | Crews, Gussie L. | 04-26204 | FLM |
| 25 | Gardner, Jr., Oscar L. | 04-26212 | FLM |
| 26 | Sehringer , Earnest T. - Spouse | 04-26300 | FLM |
| 27 | Sehringer, Jeanne A. | 04-26300 | FLM |
| 28 | Grove, Ivory A. | 04-26301 | FLM |
| 29 | Penny , Steve - Spouse | 04-26670 | ALM |
| 30 | Penny, Cheryll | 04-26670 | ALM |
| 31 | McDuffie, Bascom - Spouse | 04-26695 | ALM |
| 32 | McDuffie, Sherryl | 04-26695 | ALM |
| 33 | Hall , Allen - Spouse | 04-26712 | ALS |
| 34 | Hall, Gloria | 04-26712 | ALS |
| 35 | Sherwood , Frederick - Spouse | 04-26713 | ALS |
| 36 | Sherwood, Sheryl | 04-26713 | ALS |
| 37 | McLemore, Imelda A. | 04-26714 | ALS |
| 38 | Box, Muriel E. | 04-26715 | ALS |
| 39 | Lott , Quitman - Spouse | 04-26716 | ALS |
| 40 | Lott, Cherie | 04-26716 | ALS |
| 41 | Watkins, Grace | 04-26717 | ALS |
| 42 | Green, Rebecca | 04-26718 | ALS |
| 43 | Williams , Eugene - Spouse | 04-26728 | FLM |
| 44 | Williams, Linda | 04-26728 | FLM |
| 45 | Bellows , Roderick A. - Spouse | 04-26942 | ALM |
| 46 | Bellows, Janet K. | 04-26942 | ALM |
| 47 | Palumbo , Carol - Spouse | 04-26962 | FLM |
| 48 | Palumbo, John | 04-26962 | FLM |
| 49 | Glisson , Charles - Spouse | 04-27239 | FLM |
| 50 | Glisson, Barbara | 04-27239 | FLM |
| 51 | Fowler Jr., Soloman - Spouse | 04-28323 | FLN |

EXHIBIT A

McKenzie, Taylor and Zarzaur MDL Plaintiffs
Individually Filed Cases
3/3/2006

| # | Claimant Name | MDL # | Transferor Court |
|---|---|---|---|
| 52 | Fowler, Earlie J. | 04-28323 | FLN |
| 53 | Ralston, Jewel | 04-29440 | FLN |
| 54 | Ralston, Robert - Spouse | 04-29440 | FLN |
| 55 | Hill, Daphne M. | 04-29577 | FLM |
| 56 | Lewis, Sherrilee H. | 04-29635 | FLN |
| 57 | Franklin, Ronald - Spouse | 04-29781 | FLN |
| 58 | Franklin, Janie | 04-29781 | FLN |
| 59 | Hammonds, Ann E. | 04-29783 | FLN |
| 60 | Pledger, John F - Spouse | 04-29787 | FLN |
| 61 | Pledger, Cathy A. | 04-29787 | FLN |
| 62 | Borgersen, Carl I. - Spouse | 04-29826 | FLN |
| 63 | Borgersen, Vanda R. | 04-29826 | FLN |
| 64 | White, Patricia | 04-29907 | FLM |
| 65 | White, Bryant C. - Spouse | 05-20404 | ALM |
| 66 | White, Kimberly R. | 05-20404 | ALM |